UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAIAH THOMAS WILLOUGHBY,<br><br>     Plaintiff,<br><br> v.<br><br>MEYER, *et al.*,<br><br>     Defendants. | Case No. C21-213-BJR-MLP<br><br>ORDER |

This is a civil rights action brought pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). This matter is before the Court on Defendants' Motion to Extend Deadline to Respond to Complaint. (Dkt. # 17.)

Defendants Lieutenant William Meyer and Senior Officer Specialist Lyle Sherwood, through counsel of record, Nicholas W. Brown, United States Attorney for the Western District of Washington, and Erin K. Hoar, Assistant United States Attorney, appearing for this limited purpose, seek a 45-day extension of the deadline to answer Plaintiff's amended complaint (dkt. # 10). (Dkt. # 17 at 1.) Defendants contend an extension of time is appropriate to allow the Federal Bureau of Prisons to determine whether the conduct alleged in Plaintiff's amended complaint occurred within the scope of Defendants' employment and, if so, to submit

ORDER - 1

representation requests to the United States Department of Justice pursuant to 50 C.F.R. § 50.15; and to permit time for any representation request to be acted upon. (*Id.* at 2.)

Based on Defendants' motion (dkt. # 17), and that Plaintiff has filed no opposition, it is hereby ORDERED that Defendants shall have until **February 2, 2022**, to answer or otherwise respond to Plaintiff's complaint.

The Clerk is directed to send copies of this order to the parties and to the Honorable Barbara J. Rothstein.

Dated this 14th day of December, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2