UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISAIAH THOMAS WILLOUGHBY,

         Plaintiff,

  v.

MEYER, et al.,

         Defendant.

Case No. C21-213-BJR-MLP

REPORT AND RECOMMENDATION

This is a prisoner civil rights action proceeding under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). Plaintiff filed the instant action in February 2021 while he was confined at the SeaTac Federal Detention Center. (Dkt. # 1.) Plaintiff asserts claims against Detention Officers Meyer and Sherwood for violation of his Eighth and Fourteenth Amendment rights. (*See* dkt. # 10.) On June 4, 2021, having screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A, the Court ordered service on Defendants. (Dkt. # 11.)

On December 14, 2021, the Court issued an order granting Defendants' motion for an extension of time to answer the complaint. (Dkt. # 18.) On December 23, 2021, a copy of the order sent to Plaintiff at his address of record was returned to the Court with a notation indicating that it was undeliverable. (Dkt. # 19.) On February 2, 2022, Defendants filed a motion to dismiss

REPORT AND RECOMMENDATION - 1

Plaintiff's amended complaint for failure to state a claim. (Dkt. # 21.) To date, Plaintiff has not provided the Court with an updated address.

Because over sixty days have passed since mail directed to Plaintiff at his address of record was returned by the post office, and because Plaintiff has not notified the Court of his current address, this action is subject to dismissal pursuant to LCR 41(b)(2) for failure to prosecute. While the Court acknowledges the time and effort Defendants put into preparing their pending dispositive motion, the Court is not inclined to rule on that motion given that it is not fully briefed. The Court instead recommends that this action be dismissed, without prejudice, pursuant to LCR 41(b)(2). A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **April 15, 2022**.

Dated this 23rd day of March, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2