UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAIAH THOMAS WILLOUGHBY,<br><br>            Plaintiff,<br><br>    v.<br><br>MEYER, et al.,<br><br>            Defendant. | Case No. C21-213-BJR-MLP<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) This case is DISMISSED without prejudice.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

DATED this 28th day of April, 2022.

                                                                                 */s/ Barbara J. Rothstein*
                                                                              Barbara Jacobs Rothstein
                                                                              U.S. District Court Judge

ORDER - 1